| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| --- | --- | --- |
| | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| v. | * | Misc. Docket AG No. 96 |
| TINA DELORIS GREENE | * | September Term, 2021 |

# O R D E R

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Tina Deloris Greene, to suspend the Respondent from the practice of law in Maryland for 60 days, stayed in favor of one year of probation with terms, it is this 22nd day of July, 2022

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Tina Deloris Greene, be suspended for 60 days for violation of Rules 1.3(a), 1.4(a), 1.5(a) & (b) and 8.4(d) of the District of Columbia Rules of Professional Conduct; and it is further

**ORDERED**, that, the suspension be, and hereby is, STAYED in favor of one year of probation with the terms contained in the Probation Agreement.

/s/ Matthew J. Fader
Chief Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk